# EXHIBIT B



# Frank-Lin Distillers Products, Ltd.

**Distilled Spirits Plant No. 33     Wholesale Liquor Dealers**
**Rectifiers/Processors-Importers-Bottlers**
Please reply: 2455 Huntington Drive, Fairfield, CA 94533
Phone (800) 922-9363

October 30, 2015

Dear Sirs:

Frank-lin Distillers is large producer of distilled spirits products, in the business of bottling private label goods for retailers and brand owners of distilled spirits packages. We've been working with Allied Lomar/International Beverage, a private brand whiskey and distilled spirits company since about 1995, bottling for them their various bourbon and whiskey brands under their own trademarked labels.

Although they aggressively pursued us about continuing to bottle their products for them, the past 10 years due to a dramatic shift in bourbon and whiskey consumption and supply, we had not been able offer them our services for their brands. We repeatedly advised them several years ago that due to the dramatic shortage, Frank-lin could not honor any further purchase orders, until such time that we had sufficient supply.

This past year we met with Allied Lomar with news that Frank-lin Distillers will now be able to allocate a portion of our whiskey stocks to their strategic brands:

Cowboy
Stitzel
Very Olde St Nick
Dakota
Wattie Boone
Outlaw

Sincerely,
Frank-Lin Distillers Products, Ltd.

Mark Pechusick
Executive Vice President